gation in the complaint that the transfer of November 17, 1970, was made for the purpose of depriving plaintiff of overtime work nor any factual statements supporting such an allegation. Therefore we believe that plaintiff has shown no clear legal right to the relief sought.

In view of our determination, we find no reason to consider plaintiff's request for the seniority list.

The judgment is affirmed.

Affirmed.

ENGLISH and LORENZ, JJ., concur.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HERMAN LOUIS COCHRAN, Defendant-Appellant.

(No. 57105;

First District (3rd Division)—March 15, 1973.

*Rehearing denied April 12, 1973.*

PER CURIAM.

James J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Elmer C. Kissane and James R. Carlson, Assistant State's Attorneys, of counsel,) for the People.